UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:11-cv-80077-KAM   (Marra/Johnson)

DAVID RAMNARINE,

    Plaintiff,

v.

LEE DEV, INC., and
DEVEL AUTOMOTIVE, INC.,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate to the entry of an order dismissing this action WITH PREJUDICE on the grounds that the parties have reached a settlement.  The parties request that the Court reserve jurisdiction to enforce the terms of their settlement agreement, a copy of which is attached hereto as Exhibit "A."  Also attached is a proposed final order of dismissal with prejudice.

Respectfully submitted this 28th day of March, 2011.

| | |
|---|---|
| /s Drew M. Levitt[1] | /s Adam S. Chotiner |
| Drew M. Levitt, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 0146315 |
| E-mail: dml2@bellsouth.net | E-mail: aschotiner@sbwlawfirm.com |
| 4700 NW Boca Raton Boulevard | Shapiro, Blasi, Wasserman & |
| Suite 302 |  Gora, P.A. |
| Boca Raton, Florida 33431 | 7777 Glades Road, Suite 400 |
| Telephone:  (561) 994-6922 | Boca Raton, Florida 33434 |
| Facsimile:   (561) 994-0837 | Telephone:  (561) 477-7800 |
| Counsel for Plaintiff | Facsimile:   (561) 477-7722 |
| | Counsel for Defendants |

---

[1]     Drew M. Levitt has provided Adam S. Chotiner with express authority to file this joint stipulation.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

**SERVICE LIST**

David Ramnarine v. Lee Dev, Inc., et al.
Case No. 9:11-cv-80077-KAM (Marra/Johnson)
United States District Court, Southern District of Florida

Drew M. Levitt, Esquire
E-Mail:  dml2@bellsouth.net
4700 NW Boca Raton Blvd.
Suite 302
Boca Raton, FL  33431
Telephone:   (561) 994-6922
Facsimile:     (561) 994-0837
Counsel for Plaintiff
*Via CM/ECF*

Adam S. Chotiner, Esquire
E-Mail:  aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:     (561) 477-7722
Counsel for Defendants
*Via CM/ECF*

Lee David Sarkin, Esquire
E-Mail:  lsarkin@aol.com
4700 NW Boca Raton Blvd.
Suite 302
Boca Raton, FL  33431
Telephone:   (561) 994-6922
Facsimile:     (561) 994-0837
Counsel for Plaintiff
*Via CM/ECF*